ORIGINAL

FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0411

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0411

STUART LEE,

Petitioner,

v.

COMMANDER JASON VALDEZ,

Respondent.



FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Stuart Lee has filed a Petition for Writ of Habeas Corpus, claiming that his sentence is illegal and that his bail is excessive while he is being held in jail. Lee is currently in the Yellowstone County Detention Center.

Lee states that his right to a speedy trial has been violated under the constitution. He "would like for a motion put in to have my case dismissed due to having my constitutional rights violated."

Lee has not presented a prima facie case for habeas corpus relief. *Miller v. Eleventh Judicial District Court*, 2007 MT 58, ¶ 11, 336 Mont. 207, 154 P.3d 1186. Besides the three partial sentences in his petition, he has given no basis, argument, or supporting documents about his situation and the underlying case. Although he checked the box on the form alleging "excessive bail," Lee makes no claim for want of bail, pursuant to § 46-22-103, MCA. Lee's claim of constitutional rights violations for alleged lack of a speedy trial may be raised on appeal from any final judgment in the criminal case. He has provided no further information to explain or justify his petition. Lee is not entitled to habeas corpus relief or his immediate release.

IT IS THEREFORE ORDERED that Lee's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Stuart Lee personally.

DATED this 23rd day of August, 2022.

_____
Chief Justice

_____

_____

_____
Justices